AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Liberty Legal Foundation; John Dummett; Leonard Volodarsky; and Creg Marony <br> *Plaintiff* <br> v. <br> National Democratic Party of the USA, Inc.; and Debbie Wasserman Shultz <br> *Defendant* | ) ) ) ) ) ) ) )  Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  National Democratic Party of the USA, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Van R. Irion
Liberty Legal Foundation
9040 Executive Park Drive, Suite 200
Knoxville, TN 37923
(423) 208-9953
van@libertylegalfoundation.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:

_____
*Signature of Clerk or Deputy Clerk*



10:04 am, Oct 26, 2011
s/ Richard H. Weare, Clerk