UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

LIBERTY LEGAL FOUNDATION;
JOHN DUMMETT;
LEONARD VOLODARSKY;
CREG MARONEY,

    Plaintiffs

v.

NATIONAL DEMOCRATIC PARTY
of the USA, Inc.;
DEBBIE WASSERMAN SCHULTZ,

    Defendants

CASE NO: 2:11-cv-02089-SRB

Judge: Bolton

## **ORDER**

In this case, it appearing to the Court that the Plaintiffs have filed a motion for preliminary injunction, having presented adequate grounds for said motion, and said motion is well taken and is hereby GRANTED;

IT IS ACCORDINGLY ORDERED, ADJUDGED AND DECREED BY THE COURT that the Defendants are hereby prohibited from issuing any letters, certificates, or other document to any Secretary of State of any state, any agent thereof, or any other official of any state, indicating that Barack Obama is qualified to hold the office of President or that the Democratic Party has selected Barack Obama as its Presidential candidate, or requesting that any state place the name of

Barack Obama on any ballot for the office of President of the United States for the 2012 general election.

      Entered this _____day of _____, 20\_\_.