Van Irion
Liberty Legal Foundation
9040 Executive Park Dr., Ste. 200
Knoxville, TN 37923
(423) 208-9953
van@libertylegalfoundation.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

LIBERTY LEGAL FOUNDATION;
JOHN DUMMETT;
LEONARD VOLODARSKY;
CREG MARONEY,

    Plaintiffs

    v.

NATIONAL DEMOCRATIC PARTY
of the USA, Inc.;
DEMOCRATIC NATIONAL COMMITTEE;
DEBBIE WASSERMAN SCHULTZ,

    Defendants

CASE NO: 2:11-cv-02089-SRB

Judge: Bolton

### MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANT NATIONAL DEMOCRATIC PARTY OF THE USA

    Pursuant to federal rules of civil procedure 55 the Plaintiffs move this Court for a default judgment against Defendant National Democratic Party of the USA and a permanent injunction prohibiting said Defendant, its subdivisions, employees, and agents from issuing any letters, certificates, or other document to

any Secretary of State of any state, any agent thereof, or any other official of any state, indicating that Barack Obama is qualified to hold the office of President or that the Democratic Party has selected Mr. Obama as its Presidential candidate, or requesting that any state place the name of Mr. Obama on any ballot for the office of President of the United States for the 2012 general election. Grounds for this motion, as more fully set forth below, are that said Defendant was properly served with the summons and complaint issued by this Court, and said Defendant failed to respond.

## MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

### I.   Standard

Federal rule of civil procedure 55 states in relevant part "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provide by these rules and that fact is made to appear, the clerk must enter the party's default."

Federal rule of civil procedure 4(e) states in relevant part: "Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served in a judicial district of the United States by:

(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made"

Arizona rules of civil procedure 4.2(c) states in relevant part: "Service by Mail; Return. When the whereabouts of a party outside the state is known, service may be made by depositing the summons and a copy of the pleadings being served in the post office, postage prepaid, to be sent to the person to be served by any form of mail requiring a signed and returned receipt. Service by mail pursuant to this subpart and the return thereof may be made by the party procuring service or by that party's attorney."

## II. Defendant Served

Defendant National Democratic Party was properly served pursuant to the rules cited supra. *See* Decl. Irion.

## III. Relief Sought

The Applicant requests an order prohibiting the Defendant National Democratic Party of the USA, any of its subdivisions, employees, or agents from issuing any letters, certificates, or other document to any Secretary of State of any state, any agent thereof, or any other official of any state, indicating that Mr.

Obama is qualified to hold the office of President or that the Democratic Party has selected Mr. Obama as its Presidential candidate, or requesting that any state place the name of Mr. Obama on any ballot for the office of President of the United States for the 2012 general election.

Respectfully submitted,

Dated: 1/23/12				_s/Van R. Irion_____
					Van R. Irion
					Liberty Legal Foundation
					9040 Executive Park Drive, Ste. 200
					Attorney for Plaintiffs
					(423) 208-9953

## CERTIFICATE OF SERVICE

It is hereby certified that on January 23, 2012, a copy of "Motion and Memorandum in Support of Motion for Default Judgment Against Defendant National Democratic Party" was filed electronically. A copy of this motion will be served upon the Defendants during the week of January 23, 2012, with the summons, complaint, and 2nd amended complaint. Parties may also access this filing through the Court's electronic filing system.

				_s/Van R. Irion_____
				Van R. Irion
				Liberty Legal Foundation
				9040 Executive Park Drive, Ste. 200
				Attorney for Plaintiffs
				(423) 208-9953