Van Irion
Liberty Legal Foundation
9040 Executive Park Dr., Ste. 200
Knoxville, TN 37923
(423) 208-9953
van@libertylegalfoundation.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

LIBERTY LEGAL FOUNDATION;
JOHN DUMMETT;
LEONARD VOLODARSKY;
CREG MARONEY,

    Plaintiffs

    v.

NATIONAL DEMOCRATIC PARTY
of the USA, Inc.;
DEMOCRATIC NATIONAL COMMITTEE;
DEBBIE WASSERMAN SCHULTZ,

    Defendants

CASE NO: 2:11-cv-02089-SRB

Judge: Bolton

**DECLARATION OF VAN R. IRION**

I, Van R. Irion, declare under penalty of perjury that:

1. I am the attorney for the Plaintiffs in the above-named action;

2. The Defendant National Democratic Party of the USA is known to be located outside the state of Arizona;

3. The summons and a copy of the pleadings were dispatched to Defendant National Democratic Party of the USA at the address 430 S. Capitol Street SE, Washington, DC 20003;

4. Such papers were in fact received by the Defendant National Democratic Party of the USA as evidenced by the receipt, a copy of which shall be attached to this declaration;

5. I also served the summons and complaint in this case on Defendant National Democratic Party of the USA, Inc. by mailing same via certified mail, return receipt requested, to the defendant at the address 430 of their registered agent in Memphis Tennessee. Said return receipt was returned to me marked "UNC.;"

6. Both copies of the summons and complaint were mailed to Defendant National Democratic Party of the USA on 12/12/11;

7. The summons and complaint was delivered to the DC address on 12/20/11.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/23/12                    _s/Van R. Irion_____
                                  Van R. Irion
                                  Liberty Legal Foundation
                                  9040 Executive Park Drive, Ste. 200
                                  Attorney for Plaintiffs
                                  (423) 208-9953