1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                       FOR THE DISTRICT OF ARIZONA

7

8    Liberty Legal Foundation, et al.,        )   No. CV11-2089-PHX-SRB
                                              )
9             Plaintiffs,                     )   **ORDER**
                                              )
10   vs.                                      )
                                              )
11                                            )
     National Democratic Party of the USA,)
12   Inc., et al.,                            )
                                              )
13            Defendants.                     )
                                              )
14   _____)

15

16          Plaintiffs have filed a Motion and Memorandum in Support of Motion for Default

17   Judgement Against Defendant National Democratic Party of the USA and attached the

18   Declaration of counsel Van Irion which states that Defendant Democratic Party of the USA

19   was served by certified mail and included a copy of a signed return receipt.

20          IT IS ORDERED that counsel for Plaintiffs show cause in writing within 5 days of

21   the date of this Order the authority for certified mail delivery of a summons and complaint

22   as service of process on Defendant National Democratic Party of the USA, Inc. under the

23   Federal Rules of Civil Procedure.

24          DATED this 28th day of February, 2012.

25

26

27   _____
                          Susan R. Bolton
28                 United States District Judge