IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Liberty Legal Foundation, et al.<br><br>                 Plaintiffs,<br><br>   v.<br><br>National Democratic Party of the USA, Inc., et al.<br>                 Defendants. | O R D E R<br><br>No. CIV-11-2089-PHX-SRB |

After review of the docket, the Court notes that the complaint is this matter was filed on October 25, 2011and has not been served upon the Defendants Debbie Wasserman Schultz and Democratic National Committee within the time required by Rule 4(m), Federal Rules of Civil Procedure.

Plaintiffs are notified that this matter will be dismissed as to the above named Defendants within 5 days if Plaintiffs fail to show good cause before that date for its failure to serve the summons and complaint.

DATED this 22nd day of March, 2012.

_____
Susan R. Bolton
United States District Judge