Van Irion
Liberty Legal Foundation
9040 Executive Park Dr., Ste. 200
Knoxville, TN 37923
(423) 208-9953
van@libertylegalfoundation.com
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

LIBERTY LEGAL FOUNDATION;
JOHN DUMMETT;
LEONARD VOLODARSKY;
CREG MARONEY,

      Plaintiffs

                                   CASE NO: 2:11-cv-02089-SRB

      v.

                                   Judge: Bolton

NATIONAL DEMOCRATIC PARTY
of the USA, Inc.;
DEMOCRATIC NATIONAL COMMITTEE;
DEBBIE WASSERMAN SCHULTZ,

      Defendants

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to this Court's Order dated March 22, 2012, the Plaintiffs hereby file this Response showing good cause for the timing of service of the summons and complaints upon Defendants Democratic National Committee (hereinafter "DNC") and Schultz.

## Order Premature as to Defendant DNC

Federal Rule of Civil Procedure 4(m) states in relevant part:

> "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

In the instant case Defendant DNC was added as a defendant via the Plaintiffs' 2nd Amended Complaint. The 2nd Amended Complaint was not filed until January 23, 2012. *See* Case 2:11-cv-02089-SRB Doc. 10. This Court didn't issue its first summons against Defendant DNC until February 6, 2012. *See* Case 2:11-cv-02089-SRB Doc. 13. 120 days has not passed since January 23rd. Therefore this Court's order is premature as it relates to Defendant DNC.

For purposes of information, a professional process service has been dispatched and personal service upon Defendant DNC is expected within the next 24 hours.

## Defendant Schultz was Served within 120 Days

Defendant Schultz was served on January 30. Plaintiffs had refrained from filing the returned summons because they were awaiting this Court's response regarding the method of service on Defendant National Democratic Party of the USA, and this Court's ruling on Plaintiffs' motion for default judgment against

same. Due to this Court's reluctance to issue said default judgment the Plaintiffs were aware that this Court likely had questions regarding service by mail. Therefore, in order to avoid unnecessary and repetitive filings, the Plaintiffs' refrained from filing the returned summons against Defendant Schultz.

Now that the Plaintiffs have had an opportunity to review this Court's order confirming the applicability of the use of certified mail for service of process upon individual defendants, the Plaintiffs are filing concurrent with this response a return of summons and motion for default judgment against Defendant Schultz.

In addition, Plaintiffs note that Rule 4 requires defendants be "served within 120 days after the complaint is filed." Fed. R. Civ. Proc. 4(m). Defendant Schultz was served within 120 days after the complaint was filed.

Submitted,

Dated: 3rd Day of Abib, Year of our Lord 2012 (a.k.a. March 26, 2012)

_s/Van R. Irion_____
Van R. Irion
Liberty Legal Foundation
9040 Executive Park Drive, Ste. 200
(423) 208-9953
van@libertylegalfoundation.com
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

It is hereby certified that on the 3rd Day of Abib, Year of our Lord 2012 (a.k.a. March 26, 2012), a copy of "Plaintiffs' Response to Order to Show Cause" was filed electronically. A copy of this motion will be served upon the Defendants through the Court's electronic filing system.

     _s/Van R. Irion_____
Van R. Irion
Liberty Legal Foundation
9040 Executive Park Drive, Ste. 200
(423) 208-9953
van@libertylegalfoundation.com
Attorney for Plaintiffs