IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Liberty Legal Foundation, et al., | No. CV11-2089-PHX-SRB |
| Plaintiffs, | **ORDER** |
| vs. | |
| National Democratic Party of the USA, Inc., et al., | |
| Defendants. | |

The Court has reviewed Plaintiffs' Motion and Memorandum in Support of Motion for Default Judgment Against Defendant Schultz.

IT IS ORDERED denying Plaintiffs' Motion and Memorandum in Support of Motion for Default Judgment Against Defendant Schultz (Doc. 19). Plaintiffs' Proof of Service fails to include a signed receipt from Defendant Debbie Wasserman Schultz.

DATED this 28th day of March, 2012.

_____
Susan R. Bolton
United States District Judge