Paul F. Eckstein, Bar No. 001822
PEckstein@perkinscoie.com
D. Andrew Gaona, Bar No. 028414
AGaona@perkinscoie.com
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
docketPHX@perkinscoie.com

Attorneys for Defendants Democratic National
Committee and Debbie Wasserman Schultz

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LIBERTY LEGAL FOUNDATION; JOHN DUMMETT; LEONARD VOLODARSKY; CREG MARONEY,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL DEMOCRATIC PARTY OF THE USA, INC.; DEMOCRATIC NATIONAL COMMITTEE; AND DEBBIE WASSERMAN SCHULTZ,<br><br>Defendants. | No. 2:11-cv-02089<br><br>**RULE 7.1 DISCLOSURE STATEMENT**<br><br>(Assigned to the Hon. Susan Bolton) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Democratic National Committee, by and through undersigned counsel, certifies that it has no parent corporation or securities that are publicly held.

| | |
|---|---|
| Dated: April 16, 2012 | **PERKINS COIE** LLP |
| | By: *s/ Paul F. Eckstein* |
| | Paul F. Eckstein, Bar No. 001822 |
| | PEckstein@perkinscoie.com |
| | D. Andrew Gaona, Bar No. 028414 |
| | AGaona@perkinscoie.com |
| | 2901 N. Central Avenue, Suite 2000 |
| | Phoenix, AZ 85012-2788 |
| | Telephone: 602.351.8000 |
| | Facsimile: 602.648.7000 |
| | Attorneys for Defendants Democratic National Committee and Debbie Wasserman Schultz |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2012, the following was served via First-Class U.S. Mail and electronic mail:

>Van Irion, Esq.
>Liberty Legal Foundation
>9040 Executive Park Drive
>Suite 200
>Knoxville  TN  37923
>van@libertylegalfoundation.com

<em>s/ Clair H. Wendt</em>

63920-0001.0010/LEGAL23398606.1