1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6                  FOR THE DISTRICT OF ARIZONA
7
8   Liberty Legal Foundation, et al.,        )   No. CV11-2089-PHX-SRB
                                             )
9              Plaintiffs,                    )   **ORDER**
                                             )
10  vs.                                       )
                                             )
11                                            )
    National Democratic Party of the USA,)
12  Inc., et al.,                             )
                                             )
13             Defendants.                    )
                                             )
14  _____ )
15

16          On March 23, 2012, this Court issued an Order advising Plaintiff,  "that this case will

17  be dismissed against Defendant National Democratic Party of the USA, Inc. without further

18  notice if Plaintiff fails to serve Defendant National Democratic Party of the USA, Inc. in

19  accordance with the requirements of this Order and file a return of service within 30 days of

20  the date of this Order."  As of the date of this Order Defendant National Democratic Party

21  of the USA, Inc. has not been served with the summons and complaint.

22          IT IS ORDERED dismissing Defendant National Democratic Party of the USA, Inc.

23

24          DATED this 15th day of May, 2012.

25

26

27  _____
                    Susan R. Bolton
28              United States District Judge