IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Liberty Legal Foundation, et al. | ) | CV 11-2089-PHX-SRB |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| National Democratic Party of the USA, et al. | ) | |
| Defendants. | ) | |

On May 23, 2012, Plaintiffs filed a Motion to File Additional Pages.

IT IS ORDERED that the Motion for Additional Pages will be denied within 3 days of the date of this order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Section II(G), specifically, subparagraph 1b.

DATED this 25th day of May, 2012.

Susan R. Bolton
United States District Judge