UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Liberty Legal Foundation;
John Dummett;
Leonard Volodarsky;
Creg Maroney,

    Plaintiffs

CASE NO: 2:11-cv-02089-PHX-SRB

National Democratic Party
of the USA, Inc.;
Democratic National Committee;
Debbie Wasserman Schultz,

    **ORDER**

    Defendants

The Court has considered Plaintiffs' Motion to File Additional Pages.

IT IS ORDERED granting Plaintiffs' Motion for Additional Pages (Doc 30).

IT IS FURTHER ORDERED that the Court accepts the Response (Doc. 31) filed on May 23, 2012.

Dated this 25th day of May, 2012.

_____
Susan R. Bolton
United States District Judge