Van R. Irion, (TN Bar No.024519)
**Liberty Legal Foundation**
9040 Executive Park Drive, Ste. 200
Attorney for Plaintiffs
(423) 208-9953
van@libertylegalfoundation.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Liberty Legal Foundation;
John Dummett;
Leonard Volodarsky;
Creg Maroney,

    Plaintiffs

CASE NO: 2:11-cv-02089-SRB

Judge: Bolton

National Democratic Party of the
USA, Inc.;
Democratic National Committee;
Debbie Wasserman-Schultz,

    Defendants

### MOTION TO FILE SUPPLEMENTAL RESPONSE

Pursuant to the Federal Rules of Civil Procedure and this Court's Rules, Liberty Legal Foundation submits this Motion to for leave to file a Supplemental Response in opposition to Defendants' Motion for Sanctions. Pursuant to this Court's Local Rules, the proposed Supplemental Response is attached to this motion.

Grounds for this motion are that Defendants' Reply, filed with this Court, presented new grounds for its motion, and that due to the seriousness of the accusation

and the new grounds asserted, the proposed supplemental response is required in order to allow Mr. Irion appropriate due process, and to ensure that this Court is fully informed.

Respectfully submitted on the 15th Day of Sivan, in the year of our Lord 2012 (a.k.a. June 5, 2012).

    _s/Van R. Irion_____
Van R. Irion
Liberty Legal Foundation
9040 Executive Park Drive, Ste. 200
Attorney for Plaintiffs
(423) 208-9953

CERTIFICATE OF SERVICE

It is hereby certified that on 15rd Day of Sivan, Year of our Lord 2012 (a.k.a. June 5, 2012), a copy of "Motion to File Supplemental Response" was filed electronically. Parties may access this filing through the Court's electronic filing system. A copy of this motion will also be served upon the Defendants via mail.

    _s/Van R. Irion_____
Van R. Irion
Liberty Legal Foundation
9040 Executive Park Drive, Ste. 200
Attorney for Plaintiffs
(423) 208-9953