Paul F. Eckstein, Bar No. 001822
PEckstein@perkinscoie.com
D. Andrew Gaona, Bar No. 028414
AGaona@perkinscoie.com
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
docketPHX@perkinscoie.com

Attorneys for Defendants Democratic National
Committee and Debbie Wasserman Schultz

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Liberty Legal Foundation; John Dummett; Leonard Volodarsky; Greg Maroney,<br><br>    Plaintiffs,<br><br>v.<br><br>National Democratic Party of the USA, Inc.; Democratic National Committee; and Debbie Wasserman Schultz,<br><br>    Defendants. | No. 2:11-cv-02089<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>(Assigned to the Hon. Susan Bolton) |

Defendants Democratic National Committee and Debbie Wasserman Schultz (the "DNC Defendants") hereby give notice of the existence of supplemental authority in support of their Motion to Dismiss [Doc. No. 24] and their Motion for Sanctions [Doc. No. 28].

On June 5, 2012, the United States Court of Appeals for the Fourth Circuit issued an unpublished opinion affirming the district court's order in *Tisdale v. Obama*, No. 3:12-cv-0036-JAG (E.D. Va. Jan. 23, 2012) [*see* Doc. No. 27, Exhibit D], which concluded that a complaint premised on the same legal theory advanced by Plaintiffs in the instant case failed to state a claim upon which relief could be granted because "[i]t is well settled that those born in the United States are considered natural born citizens." The Fourth Circuit

found "no reversible error" in the district court's order, and affirmed for the reasons stated therein.  See *Tisdale v. Obama*, No. 12-1124 (4th Cir. June 5, 2012), *available at* http://pacer.ca4.uscourts.gov/opinion.pdf/121124.U.pdf.

Dated: June 6, 2012

**PERKINS COIE LLP**

By: *s/ Paul F. Eckstein*
Paul F. Eckstein, Bar No. 001822
PEckstein@perkinscoie.com
D. Andrew Gaona, Bar No. 028414
AGaona@perkinscoie.com
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000

Attorneys for Defendants
Democratic National Committee and
Debbie Wasserman Schultz

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2012, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System.

I hereby certify that on June 6, 2012, the following were served by the U.S. District Clerk's electronic system:

Mr. Van Irion (van@libertylegalfoundation.com)

I hereby certify that on June 6, 2012, I served the attached document by hand delivery on Judge Susan Bolton, United States District Court of Arizona, 401 West Washington Street, Phoenix, Arizona 85003-2118.

*s/ Clair H. Wendt*

63920-0001.0010/LEGAL23855076.1