Van R. Irion, (TN Bar No.024519)
**Liberty Legal Foundation**
9040 Executive Park Drive, Ste. 200
Attorney for Plaintiffs
(423) 208-9953
van@libertylegalfoundation.com

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Liberty Legal Foundation;
John Dummett;
Leonard Volodarsky;
Creg Maroney,

    Plaintiffs

          CASE NO: 2:11-cv-02089-SRB

          Judge: Bolton

National Democratic Party of the
USA, Inc.;
Democratic National Committee;
Debbie Wasserman-Schultz,

    Defendants

### NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs hereby give notice of the existence of supplemental authority in support of their oppositions to Defendants' Motion to Dismiss and Motion for Sanctions.

**I.**    *Sibley v. Obama*, **No. 12-cv-1 (D.D.C. June 6, 2012)**

On June 6, 2012 the United States District Court for the District of Columbia dismissed the complaint in *Sibley v. Obama* for, among other things, lack of standing. No. 12-cv-1 (D.D.C. June 6, 2012), attached.

The *Sibley* opinion confirms that a plaintiff seeking the same office in a current election has an interest in the office itself if he is seeking the office at the same time as the defendant. *Id*. at 3-4.

While the plaintiff in *Sibley* was a self-declared write-in candidate for the upcoming presidential election, his lawsuit did not challenge candidate Obama's right to appear on the ballot in the 2012 election. Instead Sibley challenged President Obama's current authority to hold the office of President.

The *Sibley* Court's opinion confirmed that "A public official's title to office is an injury particularized to an individual only if that individual has 'an interest in the office itself'-if he or she sought the office at the same time as the current officeholder. Since Sibley was not a candidate in the 2008 presidential election, the injury he faces from President Obama's current tenure in office is generalized." *Sibley v. Obama,* No. 12-cv-1 at 3-4 (D.D.C. June 6, 2012), citing and quoting *Newman v. United States ex rel. Frizzell*, 238 U.S. 537, 550 (1915).

Unlike *Sibley* the instant litigation includes a Plaintiff that is a candidate seeking the same office in the same election as candidate Obama. The *Sibley* Court's opinion would have confirmed standing under the circumstances of the instant case.

### II.   *Tisdale v. Obama*, No. 12-1124 (4th Cir. June 5, 2012)

On June 5, 2012 the United States Court of Appeals for the Fourth Circuit issued an unpublished opinion affirming the District Court's order in *Tisdale v.*

*Obama*, No.3:12-cv-0036 (E.D. Va. Jan.23, 2012). *See Tisdale v. Obama*, No. 12-1124 (4th Cir. June 5, 2012).

In *Tisdale* the District Court dismissed a pro se plaintiff's complaint, sua sponte, just days after filing, and on the merits, prior to any briefing.

The *Tisdale* District Court also lacked jurisdiction to reached the Article II question presented by the instant case. According to the Defendants in the instant case, overwhelming precedent reveals that a non-candidate plaintiff lacks standing to challenge a candidate's qualifications to hold office. Since the plaintiff in *Tisdale* lacked standing, the *Tisdale* Court lacked jurisdiction to reach the substantive issue presented.

This is likely why the 4th Circuit declined to publish its affirmation in *Tisdale* and found "no reversible error." The District Court lacked authority to reach the substantive issue, but dismissal would have resulted for lack of standing. The District Court's opinion in *Tisdale* has no precedential authority because unpublished opinions are not binding precedent by rule in the Fourth Circuit, but more importantly because the District Court lacked jurisdiction and authority to rule on the substantive issue.

Respectfully submitted on the 17th Day of Sivan, in the year of our Lord 2012 (a.k.a. June 7, 2012).

    _s/Van R. Irion_____
    Van R. Irion
    Liberty Legal Foundation
    9040 Executive Park Drive, Ste. 200
    Attorney for Plaintiffs
    (423) 208-9953

CERTIFICATE OF SERVICE

It is hereby certified that on 17rd Day of Sivan, Year of our Lord 2012 (a.k.a. June 7, 2012), a copy of "Notice of Supplemental Authority" was filed electronically. Parties may access this filing through the Court's electronic filing system. A copy of this motion will also be served upon the Defendants via mail.

_s/Van R. Irion_____
Van R. Irion
Liberty Legal Foundation
9040 Executive Park Drive, Ste. 200
Attorney for Plaintiffs
(423) 208-9953