IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Liberty Legal Foundation, et al., ) | No. CV11-2089-PHX-SRB |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| National Democratic Party of the USA, ) Inc., et al., ) | |
| Defendants. ) | |

The Court has received Plaintiffs' Notice of Supplemental Authority (Doc. 38).

IT IS ORDERED striking Plaintiffs' Notice of Supplemental Authority (Doc. 38). A Notice of Supplement Authority can bring new authority to the Court's attention without argument. Plaintiffs' "Notice" includes more than two pages of argument.

DATED this 11th day of June, 2012.

_____
Susan R. Bolton
United States District Judge