Paul F. Eckstein, Bar No. 001822
PEckstein@perkinscoie.com
D. Andrew Gaona, Bar No. 028414
AGaona@perkinscoie.com
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
docketPHX@perkinscoie.com

Attorneys for Defendants Democratic National Committee and Debbie Wasserman Schultz

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Liberty Legal Foundation; John Dummett; Leonard Volodarsky; Greg Maroney,<br><br>Plaintiffs,<br><br>v.<br><br>National Democratic Party of the USA, Inc.; Democratic National Committee; and Debbie Wasserman Schultz,<br><br>Defendants. | No. 2:11-cv-02089<br><br>**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>(Assigned to the Hon. Susan Bolton) |

Defendants Democratic National Committee and Debbie Wasserman Schultz (the "DNC Defendants") hereby give notice of the existence of supplemental authority in support of their Motion to Dismiss [Doc. No. 24].

On June 21, 2012, the United States District Court for the Western District of Tennessee entered an order dismissing Plaintiffs' claims in the proceeding that parallels the instant case. The Court's dismissal order, attached hereto as Exhibit A, concluded that the Plaintiffs lacked standing to pursue their claims. *Liberty Legal Found. v. Nat'l Democratic Party of the USA, Inc.*, No. 12-2143-STA (W.D. Tenn. June 21, 2012).

| | | |
|---|---|---|
| 1 | Dated: June 21, 2012 | PERKINS COIE LLP |

By: *s/ Paul F. Eckstein*
Paul F. Eckstein, Bar No. 001822
*PEckstein@perkinscoie.com*
D. Andrew Gaona, Bar No. 028414
*AGaona@perkinscoie.com*
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000

Attorneys for Defendants
Democratic National Committee and
Debbie Wasserman Schultz

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2012, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System.

I hereby certify that on June 21, 2012, the following were served by the U.S. District Clerk's electronic system:

Mr. Van Irion (van@libertylegalfoundation.com)

I hereby certify that on June 21, 2012, I served the attached document by hand delivery on Judge Susan Bolton, United States District Court of Arizona, 401 West Washington Street, Phoenix, Arizona 85003-2118.

*s/ Clair H. Wendt*

63920-0001.0010/LEGAL23981783.1