# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Liberty Legal Foundation, et al., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | CV-11-2089-PHX-SRB |
| v. | |
| National Democratic Party of the USA, et al., | |
| Defendants. | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.


IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 11, 2012, judgment is entered in favor of defendants and against plaintiffs. Plaintiffs to take nothing, and complaint and action are dismissed.

BRIAN D. KARTH
District Court Executive/Clerk

 s/L. Dixon
By: Deputy Clerk

July 11, 2012

cc: (all counsel)