Van R. Irion, (TN Bar No.024519)
**Liberty Legal Foundation**
9040 Executive Park Drive, Ste. 200
Attorney for Plaintiffs
(423) 208-9953
van@libertylegalfoundation.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

Liberty Legal Foundation;
John Dummett;
Leonard Volodarsky;
Creg Maroney,

      Plaintiffs

                                  CASE NO: 2:11-cv-02089-SRB

Democratic National Committee;
Debbie Wasserman-Schultz,

      Defendants


**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that all plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the 9th Circuit from a judgment entered by the United States District Court for the District of Arizona granting defendants' motion to dismiss (Doc.41) and entering judgment in favor of the defendants (Doc.42), entered in this action on the 11th day of July, 2012.

Submitted on this the 17th Day of Av, in the year of our Lord 2012 (a.k.a. August 6, 2012).

                                 _s/Van R. Irion_____
                                 Van R. Irion (TNBPR#024519)
                                 Liberty Legal Foundation
                                 9040 Executive Park Drive, Ste. 200
                                 Attorney for Plaintiffs
                                 (423) 208-9953

CERTIFICATE OF SERVICE

It is hereby certified that on 17th Day of Av, Year of our Lord 2012 (a.k.a. August 6, 2012), a copy of Plaintiffs' "Notice of Appeal" was filed electronically. Parties may access this filing through the Court's electronic filing system.

        _s/Van R. Irion_____

        Van R. Irion

        Liberty Legal Foundation

        9040 Executive Park Drive, Ste. 200

        Attorney for Plaintiffs

        (423) 208-9953