FILED

NOV 16 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LIBERTY LEGAL FOUNDATION, et al., | No. 12-16729 |
| Plaintiffs - Appellants, | D.C. No. 2:11-cv-02089-SRB |
| v. | U.S. District Court for Arizona, Phoenix |
| DEMOCRATIC NATIONAL COMMITTEE, et al., | |
| Defendants - Appellees. | ORDER |

The agreement from both parties for a voluntary dismissal of this case under Fed. R. App. P. 42(b) is granted. Costs shall be allocated pursuant to the terms of the agreement.

A copy of this order sent to the District Court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Daryl Omura
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit 27-10

11.15.12_do/pro  mo